# United States Court of Appeals
### For the Eighth Circuit

_____

No. 23-1504
_____

United States of America,

*Plaintiff - Appellee,*

v.

Reginald Counts,

*Defendant - Appellant.*
_____

Appeal from United States District Court
for the Western District of Arkansas - Fayetteville
_____

Submitted: June 20, 2023
Filed: July 10, 2023
[Unpublished]
_____

Before LOKEN, COLLOTON, and KOBES, Circuit Judges.
_____

PER CURIAM.

Reginald Counts appeals a sentence imposed by the district court[1] after Counts pleaded guilty to a drug offense. His counsel has moved to withdraw and has filed

_____

[1]The Honorable Timothy L. Brooks, United States District Judge for the Western District of Arkansas.

a brief under *Anders v. California*, 386 U.S. 738 (1967), challenging the reasonableness of the sentence.

We conclude that Counts's sentence was not unreasonable, as there is no indication that the court overlooked a relevant factor, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment in weighing the relevant factors. *See United States v. Feemster*, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc); *see also United States v. Callaway*, 762 F.3d 754, 760 (8th Cir. 2014).

We have independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), and we find no nonfrivolous issues for appeal. Accordingly, we affirm, and we grant counsel's motion to withdraw.

_____